# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANTONIO ARENA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 24-10787-MJJ |
| MARIM KISSIN, | ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

JOUN, D.J.

In a Memorandum and Order dated March 27, 2024, plaintiff Antonio Arena's ("Mr. Arena") Motion for Leave to Proceed *in forma pauperis* was granted. [Doc. No. 6]. Mr. Arena was informed that he could not seek both habeas relief and monetary damages in the same action and was provided with additional time to file a habeas petition or a civil complaint. Mr. Arena was further informed that failure to comply with the Memorandum and Order in 35 days may result in dismissal.

The time period for complying with the Court's Memorandum and Order has elapsed without any response from Mr. Arena. Accordingly, the Court orders that this action be DISMISSED WITHOUT PREJUDICE for failure to file a complaint, a habeas petition or otherwise respond to the Memorandum and Order.

**So Ordered.**

                                                     /s/ Myong J. Joun_____
                                                   Myong J. Joun
                                                   United States District Judge

Dated: August 15, 2024